ACCEPTED
12-14-00287-cr
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/6/2015 4:35:28 PM
CATHY LUSK
CLERK

**IN THE
TWELFTH COURT OF APPEALS**

**CAUSE NO. 12-14-00287-CR**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/6/2015 4:35:28 PM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| **BRANDEE MICHELLE NICHOLS** Appellant | § | **ON APPEAL FROM THE** |
| **VS.** | § | **114TH DISTRICT COURT** |
| **THE STATE OF TEXAS,** Appellee | § | **SMITH COUNTY, TEXAS** |

**THIRD MOTION FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF**

**TO THE HONORABLE COURT OF APPEALS AND THE JUSTICES THEREOF:**

**COMES NOW APPELLANT, BRANDEE MICHELLE NICHOL,** the

Appellant, and moves the Court for an Third Extension of Time to File the Appellant's Brief in

this cause and in support thereof would show the Court as follows:

**I.**

The Reporter's Record was filed on December 3, 2014. According to the correspondence

the Appellant's Brief is due to be filed on Monday, April 6, 2015.

II.

Appellant, respectfully request that pursuant to T.R.A.P. 10.5(d) 38.6 (d)

that the Court grant an Extension of Time to file Appellant's Brief until the 7th day of April,

2015, and in support thereof would respectfully show the Court that during the previous thirty

(30) days Counsel has been involved in the following:

Page 3

1. Appellant's Counsel has also been involved in capital murder pre-trials in the case styled the **State of Texas v. Calvert**. This case has been especially time intensive due to the nature of the case, ie a pro se Defendant in a death penalty case inn Smith County, Texas . The Trial Court has ordered standby counsel to prepare a collateral defense in the event the defendant decides he wants representation. This case is set to commence jury selection on April 23, 2015. Counsel has also been meeting with the Defendant and the DA in Wood County in conjunction with the **State v. McDaniel** a capital murder prosecution. On Wednesday,  April 1, 2015, there was a mulit- defendant federal drug bust and Counsel spent most of Wednesday in Federal Court and meeting with his client in the Gregg County Jail on Thursday.  Counsel has been researching issues and preparing his brief, the brief is 90% complete and Trial Counsel request an additional day to finish the brief,  shepardize cases etc.

2. Undersigned Counsel has been involved with other  numerous federal cases and state misdemeanor and felony cases in the preceding 30 day period.

3. Undersigned Counsel respectfully requests this Honorable Court to extend the time for filing the Appellant's Brief until the 7th day of April, 2015, in order to afford the undersigned Counsel the necessary time to finish the Appellant's Brief.

WHEREFORE PREMISES CONSIDERED, the undersigned Counsel, respectfully prays that his Honorable Court extend the time for filing Appellant's Brief in this cause until the 7th day of April, 2015.

Respectfully submitted,

JEFF L. HAAS
Attorney at Law
908 First City Place
Tyler, Texas  75702

(903) 593-8338

           /s/      Jeff Haas

JEFF L. HAAS
STATE BAR NO. 08659600
ATTORNEY FOR APPELLANT


## CERTIFICATE OF SERVICE


I hereby certify that a true and correct copy of the above and foregoing Motion for

Extension of Time to File Appellant's Brief  has been delivered to the District Attorney's Office of

Smith County, Texas, on this the 6th day of April, 2015.


           /s/      Jeff Haas
JEFF L. HAAS